JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRANDON RIPLEY,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>INTERNATIONAL PAPER COMPANY, ET AL,<br><br>　　　　Defendant(s) | CASE NO. SA CV 13-1234-DOC (JPRx)<br><br>**ORDER DISMISSING CIVIL CASE** |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **January 16, 2015**, to reopen this action if settlement is not consummated.

　　IT IS SO ORDERED.

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2014